UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Eric Rodney Hill,          )
                           )
    Plaintiff,             )
                           )
v.                         )   Civil Action No. 05-2155
                           )
Judge Harold L. Cushenberry,)
                           )
    Defendant.             )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 13th day of December 2005,

ORDERED that the application to proceed *in forma pauperis* [# 2] is GRANTED; it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A this case is DISMISSED.

This is a final appealable Order.

*to this Judge* →   Colleen Kollar-Kotelly
                    United States District Judge

*please print name*

OVER,

qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.

*[signature]*
United States District Judge

Date: 12/13/05

In plain english Harold L. Cushenberry wants to hide behind technicalities and hopes that his fellow Judges will prevent the plaintiff Eric R. Hill to present any and all evidence of his obstruction of Justice.

Harold L. Cushenberr is in violation of Eric Hills civil and constitutional Rights and doesn't want to take Responsibility for his obstruction of Justice. Also Judge Cushenberry made a decision in his chambers to obstruct Justice on 4-27-2005.

On 4-27-05 the defendant Eric Hill had no Judical proceedings with Judge Cushenberry on that day. U.S. atty. Susan Cushman filed a motion to continue on the above date to Judge Cushenberry it was denied. On the document U.S. atty. Susan Cushman slips and states Det. Goldberg lied about the identification procedure and that means on 4-27-05 Judge Cushenberry knew Mr. Hill was completely innocent of the charges.

U.S.D.C. for the District of Columbia

Eric R. Hill Pro.se 17477-016
         VS.
Judge Harold L. Cushenberry case
DC. Superior Court Courtroom 319

In plain english, Harold L. Cushenberry wants to hide behind technicalities and hopes that his fellow judges will prevent the plaintiff Eric Hill to present any and all evidence of his obstruction of justice.

Harold L. Cushenberry is in violation of Eric Hill's civil and constitutional rights and he doesn't want to take responsibility for his obstruction of justice, also Judge Cushenberry made a decision in his chambers to obstruct justice on 4-27-2005.

on 4-27-05 the defendant Eric Hill had no judical proceedings with Judge Cushenberry on that day, U.S atty. Susan Cushman filed a motion to continue on the above date to Judge Cushenberry, it was denied.

On the document U.S. atty. Susan Cushman slips and states Det. Kenneth Goldberg lied about the identification procedure and that means on 4-27-2005

1

Judge Harold L. Cushenberry and U.S. atty. Susan Cushman knew the defendant Eric Rodney Hill was completely innocent of the charges. Judge Harold L. Cushenberry knew the U.S. atty. office never had the legal right to bring Eric R. Hill

Judge Harold L. Cushenberry committed this criminal act voluntarily and intentionally, also Eric Hill filed a motion to dismiss on April 28, 2005 with U.S. atty. Jeoffrey Barrow and sent a copy to Judge Harold L. Cushenberry it was ignored.

2

1

```
                        SUPERIOR COURT
               FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - -x
                           :
UNITED STATES              :
                           :
VS.                        :   Case No. F-4635-04
                           :
ERIC RODNEY HILL           :
                           :
- - - - - - - - - - - - - -x
```

*Marlin Tyrone Hill* (handwritten)

Grand Jury No. August 2
555 4th Street, N.W.
Washington, D.C.  20001

September 3, 2004

The testimony of MARLIN HILL was taken in the presence of a full quorum of the Grand Jury, commencing at 10:50 a.m., before:

SUSAN CUSHMAN
Assistant United States Attorney

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

3

*[handwritten at top: On Line 5, 6, 7, and 9 US. atty Susan Cushman made sure not say Det. Kenneth Goldberg's name.]*

```
 1  pulled up onto K Street and I called 911 and told them what
 2  happened and then I called UPS and told them what happened. A
 3  few minutes later, the, the officer showed up, and that's what
 4  happened.
 5      Q.  Did, did there -- and was there a time a couple days
 6  later when you were shown this person's picture with a group
 7  of other pictures in a photo array?
 8      A.  Oh, yes.
 9      Q.  Okay. And, and did you identify a certain number in
10  that photo array?
11      A.  Very easily.
12      Q.  Okay. And do you recall what number he was?
13      A.  I think it was 3 --
14      Q.  Okay.
15      A.  -- if I remember.
16      Q.  And did you later learn his name to be Eric Hill?
17      A.  Um-hum.
18          MS. CUSHMAN.  I don't have any other questions for
19  this witness. Do any of the Grand Jurors have any questions?
20  Okay. I see that none of the Grand Jurors are -- okay, I
21  see --
22          GRAND JUROR.  Well, I didn't quite get -- the guy
23  showed you the gun?
24          MARLIN WITNESS.  Yeah. Hill
25          GRAND JUROR.  And it was still in his pants?
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

4

*This is the same motion but at the top Susan Cushman and Judge Cushenberry knew Eric R. Hill was innocent.*
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CRIMINAL DIVISION

### FELONY BRANCH

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal Case No. F-4635-04 |
| ERIC HILL | : |

### ORDER

This matter is before the Court on the government's Motion to Continue Trial Date. This case is scheduled for trial on May 9, 2005. The government asserts that the lead detective will be on leave and out of the jurisdiction from May 5-14. This detective executed the search warrant at the defendant's residence and showed the victim the photo array. Government counsel further states that no other police officer or detective was present during the identification procedure and counsel believes that identification is likely to be a contested issue at trial. The trial date in this case was on March 3, 2005, and the government offers no explanation for its failure to learn about the detective's leave schedule in a timely fashion. Accordingly, upon consideration of the government's Motion, it is this 27th day of April 2005,

**ORDERED**, that the government's Motion to Continue Trial is **DENIED**.

HAROLD L. CUSHENBERRY, JR.
Associate Judge
(Signed In Chambers)

*this case is about bruised egos and arrogance Judge Cushenberry knew on this day that the government never had the right to bring Eric Hill to trial, also Cushenberry knew Det. Goldberg told U.S. atty. Susan Cushman that Eric Hill was never ed identified but Judge Cushenberry still broke the Law.*

5

# METROPOLITAN POLICE DEPARTMENT
## PHOTO VIEWING SHEET
### UNIT: ID/OSD

In a moment you will be shown a group of photographs. This group of photographs may or may not contain a photograph of the person who committed the crime you witnessed or were the victim of. It is important that you keep in mind that hairstyles, beards, and mustaches may be changed. Also keep in mind that a person's complexion may look different in a photograph-it may be lighter or darker than shown in the photograph. Pay no attention to any markings or numbers on the photograph or any other differences in the type or style of the photograph.

Please take your time and look at ALL of the photographs carefully before you say anything or select a photograph. After you have looked at all the photographs, tell me whether or not you see any person(s) that you recognize as the individual who committed the crime.

CCN: 04-086914
DATE OF VIEWING: 6/27/04
LOCATION OF VIEWING: Checkers on N.Y.
VIEWER NAME: C-1
ADDRESS: C-1's
TIME: START 0701
      END 0705

PHOTO ARRAY (SHOWN IN THE FOLLOWING ORDER)

1. PDID#: 1
2. PDID#: 2
3. PDID#: 3
4. PDID#: 4
5. PDID#: 5
6. PDID#: 6
7. PDID#: 7
8. PDID#: 8
9. PDID#: 9

STATEMENT MADE BY VIEWER: Pointed to #3 "That's him Right there" (Det. Kenneth Goldberg did not tell the Grand Jury the victim Martin Hill picked five different people before he picked Mr. Hill.

PHOTO IDENTIFIED: #3
SIGNATURE OF VIEWER: Martin Hill
DETECTIVE: Det. K. ___ D2-4
WITNESSED BY: D. ___ 18 ___ DE 296

Also Det. Goldberg did not tell the Grand Jury about he lied about other officers being present but the U.S. attorney's office knew months before Hills Trial.

6



# METROPOLITAN POLICE DEPARTMENT
## PHOTO VIEWING SHEET
UNIT: __ID/050__

This document has no date on it. on 5-9-2005 the defendant Eric Hill Received this document from U.S. atty. Susan Cushman at the start of his trial

**STATEMENT MADE BY VIEWER:** Pointed to #3 "There's him Right there" Eric Hill noticed that all the information in the middle of the photo viewing sheet

PHOTO IDENTIFIED: # __3__
SIGNATURE OF VIEWER: __Mark Hill__
DETECTIVE: __Det. K. ___ D2-40__
WITNESSED BY: __Det. ___ Det 296__

had been erased. U.S. atty. Susan Cushman knew Det. Goldberg lied about the identification procedure so she forged this document period.